# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TAWFIQ SAEED,<br><br>*Petitioner*,<br><br>vs.<br><br>ATTORNEY GENERAL OF THE UNITED STATES, *et al.*,<br><br>*Respondents*. | Case No. 2:17-cv-00323-RFB-CWH<br><br>**ORDER** |

This immigration habeas matter comes before the Court on petitioner's application (ECF No. 1) to proceed *in forma pauperis* and for initial review.

Petitioner has not properly commenced the action by submitting a pauper application with all required attachments. Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2, a petitioner must attach both a properly executed financial certificate and an inmate account statement for the past six months. Petitioner attached only a financial certificate. He must attach both financial documents.

It does not appear that a dismissal of the current improperly-commenced action without prejudice would cause substantial prejudice. Petitioner is challenging his detention by immigration authorities, and such an action is not subject to a limitation period. This improperly-commenced action therefore will be dismissed without prejudice.

IT THEREFORE IS ORDERED that the application (ECF No. 1) to proceed *in forma pauperis* is DENIED and that this action shall be DISMISSED without prejudice.

IT FURTHER IS ORDERED that a certificate of appealability is DENIED. Jurists of reason would not find the dismissal of this improperly-commenced action without prejudice to be debatable or wrong, for the reasons discussed herein.

The Clerk of Court shall send petitioner a copy of his papers in this action, along with copies of the forms and instructions for an inmate pauper application and an AO-0242 form for a § 2241 petition.

The Clerk shall enter final judgment accordingly, dismissing this action without prejudice and closing the case.

DATED: March 13, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE